No. 68291.—E. W. Bruno Co., Inc. v. United States, protest 62/3332 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of aluminum combs, not designed to be worn on apparel or carried on or about or attached to the person, the claim of the plaintiff was sustained.

No. 68292.—Abraham & Straus, a Division of Federated Department Stores, Inc., et al. v. United States, protests 61/135, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic paperweights similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiffs was sustained.

No. 68293.—The May Department Stores Co., Inc. (Kaufman Div.), and M. C. Liss Co. v. United States, protests 63/2365 and 63/2368 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of glass or plastic articles similar in all material respects to those the subject of Abstracts 64185 and 67488, respectively, the claim of the plaintiffs was sustained.